AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

SEAN JULANDER

Plaintiff

v.

WALLACE LEE, IN HIS OFFICIAL CAPACITY AS JUDGE, 6TH DISTRICT SEVIER CO., AND IN HIS INDIVIDUAL CAPACITY

Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:18-CV-9 TS

IT IS ORDERED AND ADJUDGED

Plaintiff's claim against Defendant for money damages is dismissed with prejudice. All other claims are dismissed without prejudice.

March 6, 2018
*Date*

BY THE COURT:

_____
Ted Stewart
United States District Judge